UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-01588-TLN-KJN
No. 2:23-cv-01589-TLN-KJN
No. 2:23-cv-01626-TLN-KJN
No. 2:23-cv-01645-TLN-KJN
No. 2:23-cv-01647-TLN-KJN
No. 2:23-cv-01648-TLN-KJN
No. 2:23-cv-01650-TLN-KJN
No. 2:23-cv-01651-TLN-KJN
No. 2:23-cv-01652-TLN-KJN
No. 2:23-cv-01655-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above. The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01588, 2:23-cv-01589, 2:23-cv-01626, 2:23-cv-01645, 2:23-cv-01647, 2:23-cv-01648, 2:23-cv-01650, 2:23-cv-01651, 2:23-cv-01652 and 2:23-cv-01655 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

Date: August 16, 2023

Troy L. Nunley
United States District Judge

---

[1] The pleadings in Case nos. 2:23-cv-01588 and 2:23-cv-01589 contain the following caption: "Sacramento County Superior Court." The claims raised in these cases are related to Plaintiff's Alameda County conviction. Therefore, to the extent Plaintiff intends to raise the claims in the United States District Court for the Eastern District of California, these cases are dismissed pursuant to the November 29, 2018, vexatious litigant order.